I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-08-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL A. ROJAS,<br><br>    Petitioner,<br><br>vs.<br><br>W.L. MONTGOMERY (Warden),<br><br>    Respondent. | Case No. CV 14-5118-JFW (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Denying Petitioner's Motion to Amend Previous Habeas Petition and Summarily Dismissing New Habeas Petition for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 8, 2014

ENTERED
CLERK, U.S. DISTRICT COURT
JUL - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE